COMMONWEALTH of Pennsylvania,
Respondent

v.

Ronald L. HEICHEL, Petitioner

No. 673 MAL 2016

Supreme Court of Pennsylvania.

February 13, 2017

### ORDER

PER CURIAM

AND NOW, this 13th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Joshua James STUMP, Petitioner

No. 644 MAL 2016

Supreme Court of Pennsylvania.

February 13, 2017

### ORDER

PER CURIAM

AND NOW, this 13th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, Petitioner

v.

PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, Office of the Chancellor, et al., Respondents

Association of Pennsylvania State College and University Faculties, Petitioner

v.

California University of Pennsylvania, Respondent

Association of Pennsylvania State College and University Faculties, Petitioner

v.

Cheyney University of Pennsylvania, Respondent

Association of Pennsylvania State College and University Faculties, Petitioner

v.

Clarion University of Pennsylvania, Respondent

Association of Pennsylvania State College and University Faculties, Petitioner

v.

East Stroudsburg University of Pennsylvania, Respondent

Association of Pennsylvania State College and University Faculties, Petitioner

v.

Edinboro University of Pennsylvania, Respondent

Association of Pennsylvania State College and University Faculties, Petitioner

v.

Indiana University of Pennsylvania,
Respondent

Association of Pennsylvania State
College and University
Faculties, Petitioner

v.

Kutztown University of Pennsylvania,
Respondent

Association of Pennsylvania State
College and University
Faculties, Petitioner

v.

Lock Haven University
of Pennsylvania,
Respondent

Association of Pennsylvania State
College and University
Faculties, Petitioner

v.

Millersville University of Pennsylvania,
Respondent

Association of Pennsylvania State
College and University
Faculties, Petitioner

v.

Shippensburg University
of Pennsylvania,
Respondent

Association of Pennsylvania State
College and University
Faculties, Petitioner

v.

Slippery Rock University
of Pennsylvania,
Respondent

Association of Pennsylvania State
College and University
Faculties, Petitioner

v.

West Chester University

of Pennsylvania,
Respondent

Association of Pennsylvania State
College and University
Faculties, Petitioner

v.

Mansfield University and Bloomsburg
University, Respondent

No. 658 MAL 2016
No. 659 MAL 2016
No. 660 MAL 2016
No. 661 MAL 2016
No. 662 MAL 2016
No. 663 MAL 2016
No. 664 MAL 2016
No. 665 MAL 2016
No. 666 MAL 2016
No. 667 MAL 2016
No. 668 MAL 2016
No. 669 MAL 2016
No. 670 MAL 2016
No. 671 MAL 2016

Supreme Court of Pennsylvania.

February 13, 2017

## ORDER

PER CURIAM

**AND NOW,** this 13th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

